| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| NEXUS BANKRUPTCY<br>Benjamin Heston (297798)<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>ben@nexusbk.com | |

☐ Debtor(s) appearing without an attorney
☑ Attorney for Debtor(s)

# United States Bankruptcy Court
## Central District of California - Riverside Division

In re:
Ulysses Gonzalez

CASE NO.:
CHAPTER: 7

**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**

[11 U.S.C. § 521(a)(1)(B)(iv)]

Debtor(s).

[No hearing required]

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (_Check only ONE box below_):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 12/12/2023    Ulysses Gonzalez
Printed name of Debtor 1    Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (_Check only ONE box below_):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
Printed name of Debtor 2    Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015    F 1002-1.EMP.INCOME.DEC

United Paint & Coatings Co.
50485 Jalisco Ave
Coachella CA 92236

**Pay Stub Detail**
PAY DATE: 12/22/2023
NET PAY: $1,403.63

Ulysses Gonzalez
79250 Cool Reflection
La Quinta CA 92253

**EMPLOYER**
United Paint & Coatings Co.
50485 Jalisco Ave
Coachella CA 92236

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 12/09/2023 |
| Period Ending: | 12/22/2023 |
| Pay Date: | 12/22/2023 |
| Total Hours: | 80.00 |

**EMPLOYEE**
Ulysses Gonzalez
79250 Cool Reflection
La Quinta CA 92253

SS#: ...9095

**NET PAY:** $1,403.63
Acct#....7509: $1,403.63

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 70.00 | 16.00 | 1,120.00 | 27,642.50 |
| LA Prevailing Wage | 10.00 | 61.17 | 611.70 | 6,107.25 |
| Health & Welfare | - | - | 0.00 | 630.00 |
| Pension | - | - | 0.00 | 380.80 |
| Vacation/Holiday | - | - | 0.00 | 234.50 |
| RS Other | - | - | 0.00 | 30.30 |
| LA prevailing Overtime | - | 78.26 | 0.00 | 547.82 |
| Eldorado Prevailing | - | 51.70 | 0.00 | 1,654.40 |
| Bonus | - | - | 0.00 | 2,402.80 |
| Other | - | - | 0.00 | 2,518.50 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 135.42 | 3,600.24 |
| Social Security | 107.37 | 2,603.93 |
| Medicare | 25.11 | 608.98 |
| CA Income Tax | 44.58 | 1,384.29 |
| CA State Disability Ins | 15.59 | 378.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,731.70 | $42,148.87 |
| Taxes | $328.07 | $8,575.44 |
| Deductions | $0.00 | $0.00 |

**Net Pay**     **$1,403.63**

United Paint & Coatings Co.
50485 Jalisco Ave
Coachella CA 92236

Pay Stub Detail
PAY DATE: 12/08/2023
NET PAY: $1,066.35

Ulysses Gonzalez
79250 Cool Reflection
La Quinta CA 92253

**EMPLOYER**
United Paint & Coatings Co.
50485 Jalisco Ave
Coachella CA 92236

| PAY PERIOD | |
|---|---|
| Period Beginning | 11/25/2023 |
| Period Ending: | 12/08/2023 |
| Pay Date: | 12/08/2023 |
| Total Hours: | 80.00 |

**EMPLOYEE**
Ulysses Gonzalez
79250 Cool Reflection
La Quinta CA 92253

SS#: ...9095

| | |
|---|---|
| **NET PAY:** | **$1,066.35** |
| Acct#....7509: | $1,066.35 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 80.00 | 16.00 | 1,280.00 | 26,522.50 |
| LA Prevailing Wage | - | 61.17 | 0.00 | 5,495.55 |
| Health & Welfare | - | - | 0.00 | 630.00 |
| Pension | - | - | 0.00 | 380.80 |
| Vacation/Holiday | - | - | 0.00 | 234.50 |
| RS Other | - | - | 0.00 | 30.30 |
| LA prevailing Overtime | - | 78.26 | 0.00 | 547.82 |
| Eldorado Prevailing | - | 51.70 | 0.00 | 1,654.40 |
| Bonus | - | - | 0.00 | 2,402.80 |
| Other | - | - | 0.00 | 2,518.50 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 81.22 | 3,464.82 |
| Social Security | 79.36 | 2,496.56 |
| Medicare | 18.56 | 583.87 |
| CA Income Tax | 22.99 | 1,339.71 |
| CA State Disability Ins | 11.52 | 362.41 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,280.00 | $40,417.17 |
| Taxes | $213.65 | $8,247.37 |
| Deductions | $0.00 | $0.00 |

**Net Pay**     **$1,066.35**

United Paint & Coatings Co.
50485 Jalisco Ave
Coachella CA 92236

Pay Stub Detail
PAY DATE: 11/24/2023
NET PAY: $1,066.35

Ulysses Gonzalez
79250 Cool Reflection
La Quinta CA 92253

**EMPLOYER**
United Paint & Coatings Co.
50485 Jalisco Ave
Coachella CA 92236

| PAY PERIOD | |
|---|---|
| Period Beginning | 11/11/2023 |
| Period Ending: | 11/24/2023 |
| Pay Date: | 11/24/2023 |
| Total Hours: | 80.00 |

**EMPLOYEE**
Ulysses Gonzalez
79250 Cool Reflection
La Quinta CA 92253

SS#: ...9095

| | |
|---|---|
| **NET PAY:** | **$1,066.35** |
| Acct#....7509: | $1,066.35 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 80.00 | 16.00 | 1,280.00 | 25,242.50 |
| LA Prevailing Wage | - | 61.17 | 0.00 | 5,495.55 |
| Health & Welfare | - | - | 0.00 | 630.00 |
| Pension | - | - | 0.00 | 380.80 |
| Vacation/Holiday | - | - | 0.00 | 234.50 |
| RS Other | - | - | 0.00 | 30.30 |
| LA prevailing Overtime | - | 78.26 | 0.00 | 547.82 |
| Eldorado Prevailing | - | 51.70 | 0.00 | 1,654.40 |
| Bonus | - | - | 0.00 | 2,402.80 |
| Other | - | - | 0.00 | 2,518.50 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 81.22 | 3,383.60 |
| Social Security | 79.36 | 2,417.20 |
| Medicare | 18.56 | 565.31 |
| CA Income Tax | 22.99 | 1,316.72 |
| CA State Disability Ins | 11.52 | 350.89 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,280.00 | $39,137.17 |
| Taxes | $213.65 | $8,033.72 |
| Deductions | $0.00 | $0.00 |

**Net Pay**     **$1,066.35**

United Paint & Coatings Co.
50485 Jalisco Ave
Coachella CA 92236

Pay Stub Detail
PAY DATE: 11/10/2023
NET PAY: $1,134.16

Ulysses Gonzalez
79250 Cool Reflection
La Quinta CA 92253

---

**EMPLOYER**
United Paint & Coatings Co.
50485 Jalisco Ave
Coachella CA 92236

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 10/28/2023 |
| Period Ending: | 11/10/2023 |
| Pay Date: | 11/10/2023 |
| Total Hours: | 80.00 |

**EMPLOYEE**
Ulysses Gonzalez
79250 Cool Reflection
La Quinta CA 92253

SS#: ...9095

| | |
|---|---|
| **NET PAY:** | **$1,134.16** |
| Acct#....7509: | $1,134.16 |

**MEMO:**

---

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 78.00 | 16.00 | 1,248.00 | 23,962.50 |
| LA Prevailing Wage | 2.00 | 61.17 | 122.34 | 5,495.55 |
| Health & Welfare | - | - | 0.00 | 630.00 |
| Pension | - | - | 0.00 | 380.80 |
| Vacation/Holiday | - | - | 0.00 | 234.50 |
| RS Other | - | - | 0.00 | 30.30 |
| LA prevailing Overtime | - | 78.26 | 0.00 | 547.82 |
| Eldorado Prevailing | - | 51.70 | 0.00 | 1,654.40 |
| Bonus | - | - | 0.00 | 2,402.80 |
| Other | - | - | 0.00 | 2,518.50 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 92.06 | 3,302.38 |
| Social Security | 84.96 | 2,337.84 |
| Medicare | 19.87 | 546.75 |
| CA Income Tax | 26.96 | 1,293.73 |
| CA State Disability Ins | 12.33 | 339.37 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,370.34 | $37,857.17 |
| Taxes | $236.18 | $7,820.07 |
| Deductions | $0.00 | $0.00 |

**Net Pay**     **$1,134.16**