Certificate Number: 14912-CAC-DE-038096431

Bankruptcy Case Number: 23-16098



14912-CAC-DE-038096431

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 14, 2024, at 2:37 o'clock PM EST, Ulysses Gonzalez completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  January 14, 2024              By:    /s/Jai Bhatt

                                     Name:  Jai Bhatt

                                     Title: Counselor